**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
CIVIL MINUTES - GENERAL

Case No.  SACV 16-1732 RGK (AJW)                              Date: January 25, 2017

**Title: Belal Abed Mohammad Mustafa v. USCIS**

PRESENT:        **HON.   ANDREW J. WISTRICH, MAGISTRATE JUDGE**

|  Kerri Hays  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
          None Present                                                                    None Present

**Order to Show Cause Regarding Failure to Serve Summons and Complaint**

On September 19, 2016, plaintiff paid the filing fee and filed a civil rights complaint pro se. On the same date, a summons was issued.  To date, no proof of service of the summons and complaint has been filed.

"The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Fed. R. Civ. P. 4(c)(1). Pursuant to former Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff has one hundred and twenty (120) days from the date the complaint was filed to serve of the summons and complaint on all defendants.[1] That date has now passed. If a defendant is not served within the time provided, the court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  Fed. R. Civ. P. 4(m).

Plaintiff has to and including **February 8 , 2017** in which to file a proof of service of the summons and complaint upon defendant(s) or, alternatively, a declaration under penalty of perjury, with supporting exhibits if needed, establishing good cause for his failure to accomplish timely service of process in accordance with Rule 4.

**Plaintiff is cautioned that failure to respond to this order within the time allowed, or failure to show good cause as described in this order, may lead to the dismissal of this action.**

**IT IS SO ORDERED.**
cc:       Parties

---

[1] Under the current Rule 4(m), effective December 1, 2016, plaintiff would have ninety (90) days from the filing of the complaint to serve the summons and complaint.